UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No.  CV 06-2927 SGL (AJW)                    Date: August 18, 2008

Title: Rodney Lamont Dowd v. Michael Kramer, et al.
================================================================
PRESENT:  HON. ANDREW J. WISTRICH, MAGISTRATE JUDGE

                    Ysela Benavides                _____
                    Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:     ATTORNEYS PRESENT FOR RESPONDENT(S):
        None Present                          None Present

**ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

On August 13, 2008 petitioner filed a motion seeking appointment of
counsel.  Generally, habeas petitioners have no constitutional right to
appointment of counsel.  See McCleskey v. Zant, 499 U.S. 467, 495 (1991);
Pennsylvania v. Finley, 481 U.S. 551, 555 (1987); Duckett v. Godinez, 67
F.3d 734, 750 n.8 (9th Cir. 1995), cert. denied, 517 U.S. 1158 (1996).
Further, the Court has reviewed the pleadings and record in this case and
has determined that, at least at this stage of the proceedings, the
interests of justice do not warrant appointment of counsel.  See 18 U.S.C.
§ 3006A, and Rules 6 and 8 of the Rules Governing Section 2254 Cases and
the Rules Governing Section 2255 Proceedings; 28 U.S.C. § 2254(h); 28
U.S.C. § 2255.  Accordingly, petitioner's request is **denied**.


**IT IS SO ORDERED.**

cc:  parties


MINUTES FORM 11                              Initials of Deputy Clerk_____
CIVIL-GEN