UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RODNEY LAMONT DOWD,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL KRAMER, WARDEN,<br><br>    Respondent. | No. CV 06-2927 SGL (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), petitioner's objections thereto, and the Supplemental Report and Recommendation of Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: 4-21-09

Stephen G. Larson
United States District Judge