1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11  RODNEY LAMONT DOWD,              )      Case No. CV 06-2927-SGL (AJW)
                                     )
12              Petitioner,          )
                                     )
13        v.                         )      JUDGMENT
                                     )
14  MICHAEL KRAMER, Warden,          )
                                     )
15              Respondent.          )
    _____    )

16

17       **It is hereby adjudged** that the petition for a writ of habeas

18  corpus is denied.

19

20  Dated:  4-21-09.

21                                    _____
                                      Stephen G. Larson
22                                    United States District Judge

23

24

25

26

27

28